BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

LLOYD FARNHAM (CABN 202231)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6973
    FAX: (415) 436-7234
    Lloyd.Farnham@usdoj.gov

Attorneys for United States of America

FILED
MAR 23 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CARY LEE PETERSON, <br><br> Defendant. | CASE NO. 3:16-MJ-70311 MAG <br><br> STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME UNDER RULE 5.1 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

    The United States of America, through Lloyd Farnham, Assistant United States Attorney, and the defendant, Cary Lee Peterson, through his counsel, hereby stipulate to extend the deadline for a preliminary hearing under Rule 5.1(c) and (d) of the Federal Rules of Criminal Procedure, and stipulate to extend the deadline for filing an indictment in this case and exclude time under Speedy Trial Act. The defendant was arrested on March 13, 2016 in the Northern District of California, based on a warrant issued in the District of New Jersey. The defendant will appear in the District of New Jersey on the charges as alleged in the complaint, and the defendant anticipates either retaining counsel or seeking appointment of counsel in that district. The parties anticipate that plea negotiations will commence shortly and both the United States and the defendant seek additional time to pursue these negotiations

STIPULATION
CASE NO. 3:16-MJ-70311 MAG            1

1  prior to the filing of an indictment, which would render any grand jury proceedings and any subsequent
2  trial of this matter unnecessary.
3      The defendant agrees that good cause exists to extend the time limits of Rule 5.1(c) to 30 days
4  after the defendant's first appearance in the District of New Jersey. The parties also agree that time is
5  appropriately excluded under 18 U.S.C. § 3161, the Speedy Trial Act, between March 23, 2016 and the
6  date 30 days after the defendant's first appearance in the District of New Jersey. Accordingly, the
7  deadline to file an indictment under 18 U.S.C. § 3161(b) would be extended to 30 days after the
8  defendant's first appearance in the District of New Jersey.
9      The parties agree that good cause exists, taking into account the public interest in the prompt
10 disposition of criminal cases, to extend the time for the preliminary hearing under Rule 5.1(c) and (d).
11 The parties seek to extend the deadlines under Rule 5.1 to permit the defendant's counsel to review
12 materials that will be provided in the case, and for the parties to discuss a potential resolution.
13     The parties also agree that an exclusion of time is appropriate under the Speedy Trial Act
14 between March 23, 2016 and a date 30 days after the defendant's first appearance in the District of
15 New Jersey, for purposes of the effective preparation of counsel, and to permit counsel to conduct an
16 investigation and consult with the defendant. In addition, the defendant agrees to exclude for this period
17 of time any time limits applicable under 18 U.S.C. § 3161. The parties also agree that the ends of justice
18 served by granting such a continuance outweigh the best interests of the public and the defendant in a
19 speedy trial. 18 U.S.C. § 3161(h)(7).

20                              Respectfully submitted,

21                              BRIAN J. STRETCH
                                United States Attorney
22

23 Dated: March 23, 2016        _____
                                LLOYD FARNHAM
24                              Assistant United States Attorney
25
                                _____
26 Dated: March 23, 2016        SHILPI AGARWAL
                                Attorney for CARY LEE PETERSON
27

28

STIPULATION
CASE NO. 3:16-MJ-70311 MAG              2

# [PROPOSED] ORDER

Based upon the representation of counsel and for good cause shown, the Court finds that good cause exists, taking into account the public interest in the prompt disposition of criminal cases, for extending time under Rule 5.1 for a preliminary hearing to 30 days after the defendant's first appearance in the District of New Jersey. The Court further finds that good cause exists for the time from March 23, 2016 to the date 30 days after the defendant's first appearance in the District of New Jersey to be excluded from any time limits applicable under 18 U.S.C. § 3161. The Court finds that failing to exclude this time would unreasonably deny the defendant and counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by excluding time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that:

(1) Good cause exists to extend the time for the preliminary hearing under Rule 5.1 to 30 days after the defendant's first appearance in the District of New Jersey; and

(2) The time between March 23, 2016 and the date 30 days after the defendant's first appearance in the District of New Jersey shall be excluded from computation under 18 U.S.C. § 3161.

DATED: 3-23-16

HON. JACQUELINE S. CORLEY
United States Magistrate Judge